AYABE, CHONG, NISHIMOTO,
   SIA & NAKAMURA
A Limited Liability Law Partnership

CALVIN E. YOUNG       3278-0
1001 Bishop Street, Pauahi Tower 2500
Honolulu, Hawaii 96813
Telephone: 808-537-6119
Facsimile: 808-526-3491
E-mail: calvin.young@hawadvocate.com

Attorney for Defendants
ABOVE IT ALL, INC. and
NATHAN AULDRIDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CATHERINE RATCLIFF and DALLAS RATCLIFF, <br><br> Plaintiffs, <br><br> vs. <br><br> ABOVE IT ALL, INC., dba HAWAII ISLAND HOPPERS, dba BENCHMARK FLIGHT CENTER, dba HAWAII AIR VENTURES, dba SPORTY'S ACADEMY HAWAII, dba HAWAII FLIGHT ACADEMY; JELICA MATIC, NATHAN AULDRIDGE, and DOE PERSONS OR ENTITIES 1-50, <br><br> Defendants. | CIVIL NO.: 04-00412 DAE BMK <br><br> STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES; ORDER <br><br><br><br><br><br><br><br> TRIAL DATE: None |

[2004-423/#283472]

LODGED
DEC 0 5 2005 3pm

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 6 2005

at 2 o'clock and 30 min __ M
SUE BEITIA, CLERK

STIPULATION FOR DISMISSAL WITH PREJUDICE
AS TO ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs CATHERINE RATCLIFF and DALLAS RATCLIFF; and Defendants ABOVE IT ALL, INC., NATHAN AULDRIDGE, NATHAN AULDRIDGE dba HAWAII ISLAND HOPPERS, dba BENCHMARK FLIGHT CENTER, dba HAWAII AIR VENTURES, dba SPORTY'S ACADEMY HAWAII, dba HAWAII FLIGHT ACADEMY, and Defendant JELICA MATIC, by and through their respective attorneys, and hereby stipulate that any and all claims made against any party herein are dismissed with prejudice.

This stipulation is made pursuant to Rule 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure and is being signed by all appearing parties. There are no remaining parties and/or issues to this action. All parties shall bear their own costs and fees.

The trial has not been scheduled.

DATED: Honolulu, Hawaii, DEC - 5 2005.

_____
NED GOOD
JAMES E.T. KOSHIBA
Attorneys for Plaintiffs
CATHERINE RATCLIFF and
DALLAS RATCLIFF

2

_____
CALVIN E. YOUNG
Attorney for Defendants
ABOVE IT ALL, INC. and
NATHAN AULDRIDGE


_____
TRACY G. CHINEN
Attorney for Defendant
JELICA MATIC


APPROVED AND SO ORDERED:

DAVID ALAN EZRA
_____
JUDGE OF THE ABOVE ENTITLED COURT

---

*Catherine Ratcliff and Dallas Ratcliff v. Above It All, Inc., et al.*, Civil No. 04-00412; STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES; ORDER